**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:00cr221**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ARTIS LA MONTE CLAY.** | ) | |
| | ) | |

 

**THIS MATTER** is before the Court on a letter received from Warden

Tracy W. Johns, Federal Correctional Institution, Butner, North Carolina.

The Warden advises that the Defendant was admitted to that facility

for the purpose of a psychological and/or psychiatric evaluation on

December 22, 2009.  He requests that the evaluation period of thirty days

be deemed to commence as of that date and also asks that the period be

extended through February 4, 2010.  The Court finds the extension is

reasonable under the circumstances.  18 U.S.C. §4247(b) ("The director of

the facility may apply for a reasonable extension, but not to exceed fifteen

days[.]").

**IT IS, THEREFORE, ORDERED** that the Warden's letter which is construed as an application for a fifteen day extension is hereby **GRANTED**.

The Clerk of Court is requested to attach the letter from Warden Johns to this Order.

Signed: January 7, 2010

Martin Reidinger
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants